

# NUMBERS 13-20-00216-CR & 13-20-00357-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LUZALBERT HERNANDEZ,                                          Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### On appeal from the 24th & 377th District Courts
### of Victoria County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Order Per Curiam

The above-numbered causes are before the Court on appellant's second motion for extension of time to file a motion for rehearing en banc in appellate cause number 13-20-00216-CR and his first motion for extension of time to file a motion for rehearing en banc in appellate cause number 13-20-00357-CR. Appellant's motion in appellate cause number 13-20-00216-CR requested an extension of time to file a motion for rehearing en

banc to March 31, 2022, but we did not receive appellant's motion until April 1, 2022. Appellant's motion in appellate cause number 13-20-00357-CR requested an extension of time to file a motion for rehearing en banc to April 5, 2022.

The Court, on its own motion, is of the opinion that, in the interest of justice, appellant's deadline to file a motion for rehearing en banc in both causes should be extended with order. It is therefore ordered that appellant's deadline to file a motion for rehearing en banc in appellate cause numbers 13-20-00216-CR and 13-20-00357-CR is hereby extended to Monday, May 2, 2022. Further extensions of time will not be considered. We dismiss Hernandez's pending motions as moot.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
5th day of April, 2022.